# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Steven Cox, Thomas Bingham, Edward Kalin, Michael McCarty and Robert Scott Feldman**
        Plaintiffs

vs.                  **CASE NUMBER: 5:08-CV-387 (NAM/ATB)**

**Onondaga County Sheriff's Department, Kevin E. Walsh, in his individual and official capacity, John Woloszyn, in his individual and official capacity, Deputy Sheriff O'Dell Willis, in his individual and official capacity, Onondaga County, Nicholas Pirro, Onondaga County Executive, and Joannie Mahoney, Onondaga County Executive**

        Defendants

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendants' Motions for Summary Judgment are GRANTED. Plaintiff's Cross Motion for Summary Judgment on their retaliation claim under Title VII is DENIED. Plaintiff's request for reinstatement of their previously dismissed claim under 42 USC section 1981 is GRANTED, but the Court finds that all aspects of this claim must be sua sponte DISMISSED. Therefore plaintiff's complaint is DISMISSED in its entirety with prejudice.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 29th day of March, 2012.

DATED: March 29, 2012

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk